UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO CONTRERAS,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>WACHOVIA MORTGAGE, FSB F.K.A. WORLD SAVINGS BANK (a Federal company); MILLENNIUM MORTGAGE CORPORATION (a California corporation); CAL-WESTERN RECONVEYANCE CORPORATION (a California corporation); and DOES 1 through 50, inclusive,<br>　　　　Defendants. | Case No.:  2:11-CV-02060-R-(AJWX)<br><br>[Assigned to The Hon. Manuel L. Real]<br><br>**JUDGMENT DISMISSING DEFENDANT WACHOVIA MORTGAGE** |

On May 10, 201, this Court entered an Order granting, without leave to amend, the Motion to Dismiss Plaintiff's Complaint filed by defendants Wachovia Mortgage, a division of Wells Fargo Bank, N.A., successor by merger to defendant Wachovia Mortgage, FSB, formerly known as defendant World Savings Bank, FSB ("Wachovia"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Defendant Wachovia is dismissed from this action with prejudice;
2. Plaintiff Fernando Contreras shall take nothing from defendant Wachovia; and
3. As the prevailing party, defendant Wachovia may submit motions to tax costs and to recover reasonable attorneys' fees.

**IT IS SO ORDERED:**

Dated: July 13, 2011

THE HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the following document entitled:

**[PROPOSED] JUDGMENT DISMISSING DEFENDANT WACHOVIA MORTGAGE**

on all interested parties in said case addressed as follows:

*Served Electronically via the Court's CM/ECF System:*

*Counsel for Defendant,*
*Cal-Western Reconveyance Corporation:*

Robin P. Wright, Esq.
Nicole K. Neff, Esq.
WRIGHT, FINLAY & ZAK, LLP
4665 MacArthur Court, Suite 280
Newport Beach, California 92660
Tel. (949) 477-5050     Fax (949) 477-9200

*Served by Other Means:*

*Plaintiff, Pro Per:*

Fernando Contreras
17219 Lassen Street
Northridge, CA 91325
Tel: (818) 470-8751

☒ **BY MAIL:** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Pasadena, California, in sealed envelopes with postage fully thereon.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **July 12, 2011.**

| Christine Daniel | */s/ Christine Daniel* |
|---|---|
| *(Print Name)* | *(Signature of Declarant)* |